1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF NEVADA**
8

9 JESUS GONZALEZ-SOTO,

10      Petitioner,                 Case No. 3:14-cv-00304-RCJ-WGC

11 vs.                        **ORDER**

12 ISIDRO BACA, et al.,

13      Respondents.

14

15      Petitioner has paid the filing fee.  The court has reviewed his petition pursuant to Rule 4 of

16 the Rules Governing Section 2254 Cases in the United States District Courts.  The court will serve

17 the petition upon respondents for a response.

18      Petitioner has submitted a motion for appointment of counsel.  Whenever the court

19 determines that the interests of justice so require, counsel may be appointed to any financially

20 eligible person who is seeking habeas corpus relief.  18 U.S.C. § 3006A(a)(2)(B).  "[T]he district

21 court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to

22 articulate his claims pro se in light of the complexity of the legal issues involved."  Weygandt v.

23 Look, 718 F.2d 952 (9th Cir. 1983).  There is no constitutional right to counsel in federal habeas

24 proceedings.  McCleskey v. Zant, 499 U.S. 467, 495 (1991).  The factors to consider are not

25 separate from the underlying claims, but are intrinsically enmeshed with them.  Weygandt, 718 F.2d

26 at 954.  After reviewing the petition, the court concludes that appointment of counsel is not

27 warranted.

28

1    IT IS THEREFORE ORDERED that the clerk of the court shall file the petition for a writ of

2  habeas corpus pursuant to 28 U.S.C. § 2254 and the motion for appointment of counsel.

3    IT IS FURTHER ORDERED that the motion for appointment of counsel is **DENIED**.

4    IT IS FURTHER ORDERED that the clerk shall add Catherine Cortez Masto, Attorney

5  General for the State of Nevada, as counsel for respondents.

6    IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a

7  copy of the petition and this order.  In addition, the clerk shall return to petitioner a copy of the

8  petition.

9    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date

10  on which the petition was served to answer or otherwise respond to the petition.  Respondents shall

11  raise all potential affirmative defenses in the initial responsive pleading, including lack of

12  exhaustion and procedural default.  Successive motions to dismiss will not be entertained.  If

13  respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing

14  Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five

15  (45) days from the date on which the answer is served to file a reply.

16    IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a

17  separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments

18  that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

19  in the attachment.  The hard copy of any additional state court record exhibits shall be

20  forwarded—for this case—to the staff attorneys in Las Vegas.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that henceforth, petitioner shall serve upon respondents or, if

2  appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or

3  other document submitted for consideration by the court.  Petitioner shall include with the original

4  paper submitted for filing a certificate stating the date that a true and correct copy of the document

5  was mailed to the respondents or counsel for the respondents.  The court may disregard any paper

6  received by a district judge or magistrate judge that has not been filed with the clerk, and any paper

7  received by a district judge, magistrate judge, or the clerk that fails to include a certificate of service.

8    Dated:  November 19, 2014

9

10    _____

11    ROBERT C. JONES
       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28